# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VICTIM RIGHTS LAW CENTER** *et al.*,<br><br>               Plaintiffs,<br><br>  v.<br><br>**ELISABETH D. DEVOS**, in her official capacity as Secretary of Education *et al.*,<br><br><br>               Defendants. | Case Number: 1:20-cv-11104<br><br>[~~PROPOSED~~] ORDER |

      Upon consideration of Plaintiffs' Emergency Motion for Leave to Exceed Page Limit and an Expedited Briefing Schedule, it is hereby **ORDERED** that Plaintiffs' motion be, and hereby is, **GRANTED**. Plaintiffs' Memorandum in Support of its Motion for Preliminary Injunction or 5 U.S.C. § 705 Stay Pending Judicial Review shall not exceed 40 pages, and Defendants' Response to Plaintiffs' Motion for Preliminary Injunction or 5 U.S.C. § 705 Stay Pending Judicial Review is due August 5, 2020 with Plaintiffs' Reply due August 10, 2020.

  July 24, 2020                                                  /s/ William G. Young
Date                                                           William G. Young
                                                                 United States District Judge