IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Elisabeth D. DEVOS, in her official capacity as Secretary of the United States Department of Education, et al.,<br><br>*Defendant*,<br><br>FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, INDEPENDENT WOMEN'S LAW CENTER, SPEECH FIRST, INC.,<br><br>[*Proposed*] *Intervenor-Defendants.* | Civil Action No. 1:20-cv-11104-WGY |

**NOTICE OF APPEAL**

Proposed Intervenor-Defendants—the Foundation for Individual Rights in Education, the Independent Women's Law Center, and Speech First, Inc.—now appeal to the U.S. Court of Appeals for the First Circuit this Court's order from July 27, 2020 denying their motion to intervene. Doc. 35.

1

<table>
<tr><td>

Dated: July 28, 2020

 /s/  *Charles J. Cooper*
Charles J. Cooper (pro hac vice forthcoming)
Brian W. Barnes (pro hac vice forthcoming)
Nicole J. Moss (pro hac vice forthcoming)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com
nmoss@cooperkirk.com

*Counsel for Foundation for
Individual Rights in Education*

</td><td>

Respectfully submitted,

 /s/ *Patrick Strawbridge*
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South, PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

Cameron T. Norris (pro hac vice forthcoming)
Alexa R. Baltes (pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
lexi@consovoymccarthy.com

*Counsel for Speech First, Inc. and Independent
Women's Law Center*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I filed this notice via ECF, which will electronically notify everyone who requires notice.

Dated: July 28, 2020             /s/ *Patrick Strawbridge*