## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VICTIM RIGHTS LAW CENTER** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ELISABETH D. DEVOS**, in her official capacity as Secretary of Education *et al.*, <br><br> Defendants. | Case Number: 1:20-cv-11104 <br><br> [~~PROPOSED~~] **ORDER GOVERNING PROCEEDINGS** |

Upon consideration of the parties' Joint Motion for Order Governing Proceedings ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED** and the following Order shall govern proceedings in this case:

- The trial currently set for October 14, 2020 is vacated and re-set for ~~[date]~~ 11/12/2020 at 2:00 PM.

- Parties will each file a pre-trial brief of fifteen pages or less on or before 6 PM on the day seven days before trial.

- The parties' preliminary injunction briefs, are deemed incorporated by reference into the parties' pre-trial briefing.

- Neither party will call any witnesses at trial.

- Defendants waive their right to cross-examine Plaintiffs' declarants.

- The parties shall appear remotely at the trial.

 October 9, 2020                                              /s/ William G. Young                       
 Date                                                                William G. Young
                                                                          United States District Judge