# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>ELISABETH D. DEVOS, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-11104-WGY |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the court and are available in CD-ROM form only: the supplement to the Administrative Record in the above-captioned case.

The original CD-ROMs have been mailed to the clerk's office, to be maintained in the case file. An index of the supplement to the Administrative Record and a supplemental certification that the Administrative Record is complete are also attached to this filing. A copy of the supplement to the Administrative Record was previously provided to Plaintiffs on October 23, 2020.

Dated: October 28, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-3953
E-mail: rebecca.m.kopplin@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the CM/ECF system was served this day on all parties via the Court's electronic case filing system.

                                                */s/ Rebecca M. Kopplin*
                                                Rebecca M. Kopplin