# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MITCHELL M. ZAIS, in his official )<br>Capacity as Acting Secretary of )<br>Education *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:20-cv-11104-WGY |

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel, Jennifer B. Dickey, hereby withdraws her appearance on behalf of Defendants in the above-captioned case. Ms. Dickey is leaving the Department of Justice on January 15, 2021, and will no longer have responsibility for this case. Defendants will continue to be represented by other attorneys at the Department of Justice whose names appear in the Government's pleadings and briefs in this matter.

Dated: January 11, 2021

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Federal Programs Branch

/s/ Jennifer B. Dickey

Jennifer B. Dickey (D.C. Bar No. 1017247)
Principal Deputy Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.

Washington, D.C. 20530  
Tel: (202) 514-4015  
Fax: (202) 305-8470  
Email: jennifer.b.dickey@usdoj.gov  
Counsel for *Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all participants through the Court's NEF system.

/s/ Jennifer B. Dickey
Jennifer B. Dickey