# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**VICTIM RIGHTS LAW CENTER** *et al.*,

             Plaintiffs,

v.

**ELISABETH D. DEVOS**, in her official capacity as Secretary of Education *et al.*,

             Defendants.

Case Number: 1:20-cv-11104

**SUPPLEMENTAL DECLARATION OF PLAINTIFF MARY DOE**

Pursuant to the Court's January 28, 2021 order (ECF No. 154), Plaintiffs hereby submit Mary Doe's supplemental declaration.

Dated:     February 5, 2021     Respectfully submitted,

By:    /s/ Evan M. Harris
       Evan M. Harris
       Natalie A. Fleming Nolen
       Julie O'Neill
       Vanshika Vij
       Caitlin A. Crujido
       Robin A. Smith
       Morrison & Foerster LLP
       2100 L Street, NW, Suite 900
       Washington, DC  20037
       Telephone: 202.887.1500

       Emily Martin
       Neena Chaudhry
       Sunu Chandy
       Shiwali G. Patel
       Elizabeth Tang

2

>National Women's Law Center
>11 Dupont Circle, NW, Suite 800
>Washington, DC 20036
>Telephone: 202.588.5180
>
>Diane L. Rosenfeld
>Attorney at Law
>Mass. Bar Number 668275
>Cambridge, MA 02138
>
>*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:  February 5, 2021                                                        /s/ Evan M. Harris
                                                                                              Evan M. Harris
                                                                                              Morrison & Foerster LLP
                                                                                              2100 L Street, NW, Suite
                                                                                              900 Washington, DC 20037