# United States Court of Appeals
## For the First Circuit

No. 20-1748

VICTIM RIGHTS LAW CENTER; EQUAL RIGHTS ADVOCATES; LEGAL VOICE; CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION; JANE DOE, an individual by and through her mother and next friend Melissa White; ANNE DOE; SOBIA DOE; SUSAN DOE; JILL DOE; NANCY DOE; LISA DOE,

Plaintiffs, Appellees,

v.

PHIL ROSENFELT, in his official capacity as Acting Secretary of Education, SUZANNE GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, UNITED STATES DEPARTMENT OF EDUCATION,

Defendants, Appellees.

**JUDGMENT**

Entered: February 18, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order denying the Foundation for Individual Rights in Education, Independent Women's Law Center, and Speech First, Inc.'s motion to intervene is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Emily Martin, James Reid Sigel, Diane Lisa Rosenfeld, Elizabeth Tang, Michael Qian, Donald Campbell Lockhart, Stephanie Robin Marcus, Charles J. Cooper, Cameron Thomas Norris, Brian W. Barnes, Nicole J. Moss, Patrick N. Strawbridge, Alexa R. Baltes, Oren McCleary Sellstrom, David Hinojosa, Gregory Francis Noonan, Lauren A. Khouri, Linda M. Correia, Matthew S. Shapanka