IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education et al.*,<br><br>Defendants. | No. 1:20-cv-11104-WGY |

## NOTICE OF LETTER BY THE DEPARTMENT OF EDUCATION

Defendants respectfully notify the Court of the issuance by the Department of Education's Office for Civil Rights of a Letter to Students, Educators, and other Stakeholders regarding Executive Order 14021 and Title IX of the Education Amendments of 1972 (Title IX), which may be viewed at: https://www2.ed.gov/about/offices/list/ocr/correspondence/stakeholders/20210406-titleix-eo-14021.pdf

In the letter, the Department describes the actions it plans to take to review its existing regulations, orders, guidance, policies, and similar agency actions, including the Title IX regulations at issue in this case. The Department further states that it plans to hold a public hearing and issue a question-and-answer document in the coming months, and anticipates publishing a notice of proposed rulemaking after hearing from the public and completing its review.

Dated: April 8, 2021                                   Respectfully submitted,

                                                                              BRIAN M. BOYNTON
                                                                              Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Rebecca M. Kopplin*

REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-3953
E-mail: rebecca.m.kopplin@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system was served this day on all parties via the Court's electronic case filing system.

                                         */s/ Rebecca M. Kopplin*
                                         REBECCA M. KOPPLIN