# United States Court of Appeals
## For the First Circuit

No. 20-1748

VICTIM RIGHTS LAW CENTER; EQUAL RIGHTS ADVOCATES; LEGAL VOICE; CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION; JANE DOE, an individual by and through her mother and next friend Melissa White; ANNE DOE; SOBIA DOE; SUSAN DOE; JILL DOE; NANCY DOE; LISA DOE,

Plaintiffs - Appellees,

v.

MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education; SUZANNE GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights; US DEPARTMENT OF EDUCATION,

Defendants - Appellees.
-------------------------------------------------------------------------------------------------------------------
FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION; INDEPENDENT WOMEN'S LAW CENTER; SPEECH FIRST, INC.,

Movants - Appellants.

**MANDATE**

Entered: April 12, 2021

    In accordance with the judgment of February 18, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Alexa R. Baltes, Brian W. Barnes, Charles J. Cooper, Linda M. Correia, David Hinojosa, Lauren A. Khouri, Donald Campbell Lockhart, Stephanie Robin Marcus, Emily Martin, Nicole J. Moss, Gregory Francis Noonan, Cameron Thomas Norris, Michael Qian, Diane Lisa Rosenfeld, Oren McCleary Sellstrom, Matthew S. Shapanka, James Reid Sigel, Patrick N. Strawbridge, Elizabeth Tang