IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, et al.,<br><br>         *Plaintiffs*,<br>v.<br><br>MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>         *Defendants*,<br>and<br><br>STATE OF TEXAS,<br><br>      *[Proposed] Intervenor-Defendant.* | Case No. 1:20-cv-11104 |

**TEXAS' MOTION TO INTERVENE AS DEFENDANT**

  Putative Intervenor-Defendant, the State of Texas, by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 24, moves to intervene as of right in the above-captioned action or, in the alternative, permissively. In support of this Motion, Texas relies on the following contemporaneously-filed documents:

  1.  Memorandum in Support of Texas' Motion to Intervene;

  2.  [Proposed] Intervenor-Defendant Texas' Answer; and

  3.  [Proposed] Order Granting Texas' Motion to Intervene.

  For the reasons stated in this Motion and accompanying documents, Texas respectfully requests that the Court grant its Motion to Intervene.

4848-5148-6951.1

Date: April 30, 2021

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

PATRICK K. SWEETEN
Associate Deputy for Special Litigation

 /s/ *Kathleen T. Hunker*
KATHLEEN T. HUNKER
Special Counsel

**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
patrick.sweeten@oag.texas.gov
kathleen.hunker@oag.texas.gov


 /s/    Kenneth B. Walton
Kenneth B. Walton (BBO No. 562174)
Ken.Walton@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One International Place, 3rd Floor
Boston, MA 02110
T: 857-313-3950
F: 857-313-3951

## CERTIFICATE OF SERVICE

      I, Kenneth B. Walton, hereby certify that on April 30, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

      /s/    Kenneth B. Walton
      Kenneth B. Walton

4848-5148-6951.1