IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education, et al., <br><br> *Defendants*, <br><br> and <br><br> STATE OF TEXAS, <br><br> *[Proposed] Intervenor-Defendant.* | Case No. 1:20-cv-11104 |

## TEXAS'S LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Kenneth B. Walton, hereby certify that counsel for the State of Texas ("Texas") conferred with counsel for Plaintiff Victim Rights Law Center ("Plaintiff") in a good faith effort to resolve or narrow the issues presented in this motion on April 30, 2021. The Parties were not able to resolve or narrow the issues presented in this motion.

Date: April 30, 2021

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

PATRICK K. SWEETEN
Associate Deputy for Special Litigation

 */s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER
Special Counsel

**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
patrick.sweeten@oag.texas.gov
kathleen.hunker@oag.texas.gov

                                 */s/     Kenneth B. Walton*
                                 Kenneth B. Walton (BBO No. 562174)
                                 Ken.Walton@lewisbrisbois.com
                                 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                 One International Place, 3rd Floor
                                 Boston, MA 02110
                                 T: 857-313-3950
                                 F: 857-313-3951

## CERTIFICATE OF SERVICE

      I, Kenneth B. Walton, hereby certify that on April 30, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

      /s/    Kenneth B. Walton
      Kenneth B. Walton