IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education, et al., <br><br> *Defendants*, <br> and <br><br> STATE OF TEXAS, <br><br> *[Proposed] Intervenor-Defendant.* | Case No. 1:20-cv-11104 |

## TEXAS' MOTION FOR RELIEF FROM ORDER

Putative Intervenor-Defendant, the State of Texas, by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 60, moves for relief from the Order denying the Motion for Leave to Appear Pro Hac Vice of Kathleen T. Hunker, Esq. *See* Dkt. No. 171. In support of this Motion, Texas relies on the accompanying memorandum.

For the reasons stated in this Motion, Texas respectfully requests that the Court grant its Motion and grant pro hac vice status to Kathleen T. Hunker, Esq.

| | |
|---|---|
| Date: May 21, 2021 | Respectfully submitted. |

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Associate Deputy for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER<br>Special Counsel |

**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
patrick.sweeten@oag.texas.gov
kathleen.hunker@oag.texas.gov


 /s/    Kenneth B. Walton
Kenneth B. Walton (BBO No. 562174)
Ken.Walton@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One International Place, 3rd Floor
Boston, MA 02110
T: 857-313-3950
F: 857-313-3951

4828-2819-3770.1

## CERTIFICATE OF SERVICE

      I, Kenneth B. Walton, hereby certify that on May 21, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.


                      /s/    Kenneth B. Walton
                      Kenneth B. Walton