IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA[1] *et al.*, <br><br> Defendants. | No. 1:20-cv-11104-WGY |

### NOTICE OF PUBLIC HEARING BY THE DEPARTMENT OF EDUCATION

Defendants previously notified the Court of the issuance of Executive Order 14021 directing the Secretary of Education to review the Rule at issue in this case, ECF No. 161, and of a letter from the Department of Education describing its plans to review existing regulations, orders, guidance, and policies, including the Rule at issue in this case, ECF No. 162.

Defendants now respectfully notify the Court of the announcement by the Department of Education's Office for Civil Rights (OCR) of a multi-day public hearing to gather information pursuant to the previously-noticed Executive Order. Announcement of Public Hearing; Title IX of the Education Amendments of 1972, 86 Fed. Reg. 27,429 (May 20, 2021). At the hearing, the Department of Education will seek information for the purpose of improving enforcement of Title IX. "OCR is conducting this hearing pursuant to Executive Order 14021, . . . which directs the Secretary of Education to review the rule entitled 'Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance,' published in the Federal Register on May 19, 2020 (85 FR 30026), and other agency actions that are or may be

---

[1] Secretary Cardona is automatically substituted pursuant to Federal Rule of Civil Procedure 25(d)(1).

inconsistent with governing law, including Title IX, and the Executive order." 86 Fed. Reg. 27,429.

| | |
|---|---|
| Dated: May 27, 2021 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>CARLOTTA P. WELLS<br>Assistant Branch Director<br><br>*/s/ Rebecca M. Kopplin*<br>REBECCA M. KOPPLIN<br>Trial Attorney (California Bar No. 313970)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 514-3953<br>E-mail: rebecca.m.kopplin@usdoj.gov<br><br>*Counsel for Defendants* |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system was served this day on all parties via the Court's electronic case filing system.

*/s/ Rebecca M. Kopplin*
REBECCA M. KOPPLIN
