IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, et al.,<br><br>   *Plaintiffs*,<br> v.<br><br>MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>   *Defendants*,<br> and<br><br>STATE OF TEXAS,<br><br>   *[Proposed] Intervenor-Defendant.* | Case No. 1:20-cv-11104-WGY |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), the State of Texas, by and through the Attorney General of Texas, gives this notice of appeal to the United States Court of Appeals for the First Circuit from the Order entered in this action on May 12, 2021, which denied its motion to intervene. [ECF No. 170].

Date: June 2, 2021				Respectfully submitted.

KEN PAXTON					PATRICK K. SWEETEN
Attorney General of Texas			Deputy Attorney General for Special Litigation

BRENT WEBSTER
First Assistant Attorney General		 /s/ *Kathleen T. Hunker*
						KATHLEEN T. HUNKER
						Special Counsel

						**OFFICE OF THE ATTORNEY GENERAL**
						P.O. Box 12548 (MC-009)
						Austin, Texas 78711-2548
						Tel.: (512) 936-1414
						Fax: (512) 457-4410
						patrick.sweeten@oag.texas.gov
						kathleen.hunker@oag.texas.gov


						 /s/     Kenneth B. Walton
						Kenneth B. Walton (BBO No. 562174)
						Ken.Walton@lewisbrisbois.com
						**LEWIS BRISBOIS BISGAARD & SMITH LLP**
						One International Place, 3rd Floor
						Boston, MA 02110
						T: 857-313-3950
						F: 857-313-3951

## **CERTIFICATE OF SERVICE**

      I, Kenneth B. Walton, hereby certify that on June 2, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

      /s/    *Kenneth B. Walton*
      Kenneth B. Walton