IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education, et al., <br><br> *Defendants*, <br><br> and <br><br> STATE OF TEXAS, <br><br> *[Proposed] Intervenor-Defendant.* | Case No. 1:20-cv-11104-WGY |

**NOTICE OF FILING FEE PAYMENT**

Notice is hereby given that the required fee for the Notice of Appeal (ECF No. 177) in the above matter has been submitted through CM/ECF and pay.gov.

Date: June 17, 2021                                Respectfully submitted.

KEN PAXTON                                         PATRICK K. SWEETEN
Attorney General of Texas                          Deputy Attorney General for Special
                                                   Litigation
BRENT WEBSTER
First Assistant Attorney General                   */s/ Kathleen T. Hunker*
                                                   KATHLEEN T. HUNKER
                                                   Special Counsel

                                                   **OFFICE OF THE ATTORNEY GENERAL**
                                                   P.O. Box 12548 (MC-009)
                                                   Austin, Texas 78711-2548
                                                   Tel.: (512) 936-1414
                                                   Fax: (512) 457-4410
                                                   patrick.sweeten@oag.texas.gov
                                                   kathleen.hunker@oag.texas.gov


                                                   /s/    *Kenneth B. Walton*
                                                   Kenneth B. Walton (BBO No. 562174)
                                                   Ken.Walton@lewisbrisbois.com
                                                   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                                   One International Place, 3rd Floor
                                                   Boston, MA 02110
                                                   T: 857-313-3950
                                                   F: 857-313-3951

## **CERTIFICATE OF SERVICE**

      I, Kenneth B. Walton, hereby certify that on June 17, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

      /s/    *Kenneth B. Walton*
      Kenneth B. Walton