# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 21, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:   Foundation for Individual Rights in Education, et al.
             v. Victim Rights Law Center, et al.
             No. 21-84
             (Your No. 20-1748)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 19, 2021 and placed on the docket July 21, 2021 as No. 21-84.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst