IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>*Defendants*,<br>and<br><br>STATE OF TEXAS,<br><br>*[Proposed] Intervenor-Defendant.* | Case No. 1:20-cv-11104 |

## TEXAS' MOTION TO INTERVENE AS DEFENDANT

Putative Intervenor-Defendant, the State of Texas, by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 24, moves to intervene as of right in the above-captioned action or, in the alternative, permissively, for purposes of appeal. In support of this Motion, Texas relies on the following contemporaneously-filed documents:

1. Memorandum in Support of Texas' Motion to Intervene for Purposes of Appeal;

2. [Proposed] Intervenor-Defendant Texas' Answer; and

3. [Proposed] Order Granting Texas' Motion to Intervene for Purposes of Appeal.

For the reasons stated in this Motion and accompanying documents, Texas respectfully requests that the Court grant its Motion to Intervene.

Date: September 24, 2021.                    Respectfully submitted.

KEN PAXTON                                   PATRICK K. SWEETEN
Attorney General of Texas                    Associate Deputy for Special Litigation

BRENT WEBSTER                                 */s/ Kathleen T. Hunker*
First Assistant Attorney General             KATHLEEN T. HUNKER
                                             Special Counsel


                                             OFFICE OF THE ATTORNEY GENERAL
                                             P.O. Box 12548 (MC-009)
                                             Austin, Texas 78711-2548
                                             Tel.: (512) 936-1414
                                             Fax: (512) 936-0545
                                             patrick.sweeten@oag.texas.gov
                                             kathleen.hunker@oag.texas.gov



                                              */s/    Kenneth B. Walton*
                                             Kenneth B. Walton (BBO No. 562174)
                                             Ken.Walton@lewisbrisbois.com
                                             **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                             One International Place, 3rd Floor
                                             Boston, MA 02110
                                             T: 857-313-3950
                                             F: 857-313-3951

## **CERTIFICATE OF SERVICE**

      I, Kenneth B. Walton, hereby certify that on September 24, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.


                               /s/    Kenneth B. Walton
                               Kenneth B. Walton