| | |
|---|---|
| **From:** | Hunker, Kathleen |
| **To:** | Kopplin, Rebecca M. (CIV) |
| **Cc:** | Vega, Oliver; Thompson, Natalie; Saunders, Elizabeth |
| **Subject:** | VRLC v. Cardona, 1:20-cv-11104-WGY |
| **Date:** | Monday, August 16, 2021 3:09:53 PM |

Dear Ms. Kopplin,

I represent the State of Texas in the above matter. On July 28, 2021, the U.S. District Court for the District of Massachusetts issued an order for judgment in *VRLC v. Cardona*, 1:20-cv-11104-WGY. In that order, the Court upheld the vast majority of the Department of Education's 2020 Title IX Rule but found Section 106.45(b)(6)(i)'s prohibition of statements not subject to cross-examination to be arbitrary and capricious. I write to inquire whether the Department: (1) intends to appeal the court's finding that Section 106.45(b)(6)(i) violates the Administrative Procedure Act; and (2) intends to defend the upheld portions of the Title IX Rule should the plaintiffs elect to appeal.

Thanks in advance for your prompt response.

# Kathleen Hunker

Special Litigation Unit
Office of the Attorney General of Texas
209 W. 14th Street
Austin, TX 78711
512-936-2275
Kathleen.Hunker@oag.texas.gov