| | |
|---|---|
| **From:** | Thompson, Natalie |
| **To:** | Kopplin, Rebecca M. (CIV); Hunker, Kathleen |
| **Cc:** | Vega, Oliver; Saunders, Elizabeth |
| **Subject:** | RE: VRLC v. Cardona, 1:20-cv-11104-WGY |
| **Date:** | Tuesday, August 17, 2021 2:38:14 PM |

Rebecca,

Thank you very much for your prompt response. We would very much appreciate the courtesy of notice when the Government does make a decision about appeal. As I'm sure you know, Texas has a pending interlocutory appeal of our motion to intervene to which the parties' next steps are relevant.

Don't hesitate to call Kathleen or me to discuss. Thanks again.

Best,
Natalie

**Natalie D. Thompson**
Assistant Solicitor General
Office of the Texas Attorney General
Direct: 512-936-1820
Natalie.Thompson@oag.texas.gov

**From:** Kopplin, Rebecca M. (CIV) <Rebecca.M.Kopplin@usdoj.gov>
**Sent:** Tuesday, August 17, 2021 9:34 AM
**To:** Hunker, Kathleen <Kathleen.Hunker@oag.texas.gov>
**Cc:** Vega, Oliver <Oliver.Vega@lewisbrisbois.com>; Thompson, Natalie <Natalie.Thompson@oag.texas.gov>; Saunders, Elizabeth <Elizabeth.Saunders@oag.texas.gov>
**Subject:** RE: VRLC v. Cardona, 1:20-cv-11104-WGY

Dear Ms. Hunker,

I don't have any information to share on those topics at this point—we're still in the process of evaluating our litigation options.

Warm regards,

Rebecca

**Rebecca M. Kopplin**
Trial Attorney | United States Department of Justice
Civil Division | Federal Programs Branch
1100 L Street NW | Washington, D.C. 20005
Rebecca.M.Kopplin@usdoj.gov | (202) 514-3953

**From:** Hunker, Kathleen <Kathleen.Hunker@oag.texas.gov>
**Sent:** Monday, August 16, 2021 4:10 PM
**To:** Kopplin, Rebecca M. (CIV) <Rebecca.M.Kopplin@usdoj.gov>
**Cc:** Vega, Oliver <Oliver.Vega@lewisbrisbois.com>; Thompson, Natalie <Natalie.Thompson@oag.texas.gov>; Saunders, Elizabeth <Elizabeth.Saunders@oag.texas.gov>
**Subject:** VRLC v. Cardona, 1:20-cv-11104-WGY

Dear Ms. Kopplin,

I represent the State of Texas in the above matter. On July 28, 2021, the U.S. District Court for the District of Massachusetts issued an order for judgment in *VRLC v. Cardona*, 1:20-cv-11104-WGY. In that order, the Court upheld the vast majority of the Department of Education's 2020 Title IX Rule but found Section 106.45(b)(6)(i)'s prohibition of statements not subject to cross-examination to be arbitrary and capricious. I write to inquire whether the Department: (1) intends to appeal the court's finding that Section 106.45(b)(6)(i) violates the Administrative Procedure Act; and (2) intends to defend the upheld portions of the Title IX Rule should the plaintiffs elect to appeal.

Thanks in advance for your prompt response.

**Kathleen Hunker**
Special Litigation Unit
Office of the Attorney General of Texas
209 W. 14th Street
Austin, TX 78711
512-936-2275
Kathleen.Hunker@oag.texas.gov