IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>*Defendants*,<br>and<br><br>STATE OF TEXAS,<br><br>*[Proposed] Intervenor-Defendant.* | Case No. 1:20-cv-11104-WGY |

**CONDITIONAL NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), the State of Texas, by and through the Attorney General of Texas, gives this notice of appeal to the United States Court of Appeals for the First Circuit from the Order entered in this action on July 28, 2021, which found that Section 106.45(b)(6)(i) of the Final Rule violated the Administrative Procedure Act. [ECF No. 183]. The notice of appeal is conditional on the State of Texas' intervention being granted.

4819-7242-5212.1

Date: September 24, 2021.                    Respectfully submitted.

| | |
|---|---|
| **KEN PAXTON** <br> Attorney General of Texas | **PATRICK K. SWEETEN** <br> Deputy Attorney General for Special Litigation |
| **BRENT WEBSTER** <br> First Assistant Attorney General |   */s/ Kathleen T. Hunker* <br> KATHLEEN T. HUNKER <br> Special Counsel |

                                        **OFFICE OF THE ATTORNEY GENERAL**
                                        P.O. Box 12548 (MC-009)
                                        Austin, Texas 78711-2548
                                        Tel.: (512) 936-1414
                                        Fax: (512) 457-4410
                                        patrick.sweeten@oag.texas.gov
                                        kathleen.hunker@oag.texas.gov


                                        */s/    Kenneth B. Walton*
                                        Kenneth B. Walton (BBO No. 562174)
                                        Ken.Walton@lewisbrisbois.com
                                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                        One International Place, 3rd Floor
                                        Boston, MA 02110
                                        T: 857-313-3950
                                        F: 857-313-3951

## CERTIFICATE OF SERVICE

      I, Kenneth B. Walton, hereby certify that on September 24, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

      /s/     *Kenneth B. Walton*
      Kenneth B. Walton