## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VICTIM RIGHTS LAW CENTER** *et al*., <br><br>                      Plaintiffs, <br><br>  v. <br><br>**MIGUEL CARDONA**, in his official capacity as Secretary of Education *et al*., <br><br><br>                      Defendants. | Case Number: 1:20-cv-11104-WGY |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Victim Rights Law Center, Equal Rights Advocates, Legal Voice, Chicago Alliance Against Sexual Exploitation, Jane Doe, an individual by and through her mother and next friend Melissa White, Anne Doe, Sobia Doe, Susan Doe, Jill Doe, Nancy Doe, Lisa Doe, and Mary Doe appeal to the United States Court of Appeals for the First Circuit from the district court's Findings of Fact, Rulings of Law, and Order for Judgment, entered July 28, 2021 (Dkt. No. 183), as well as any and all rulings adverse to Plaintiffs.

Dated: September 27, 2021                     Respectfully submitted,


By:   /s/ Julie O'Neill
      Natalie A. Fleming Nolen
      Julie O'Neill
      Vanshika Vij
      Caitlin A. Crujido
      Robin A. Smith
      Evan M. Harris
      Morrison & Foerster LLP
      2100 L Street, NW
      Suite 900
      Washington, D.C. 20037
      Telephone: 202.887.1500

      Emily Martin
      Neena Chaudhry
      Sunu Chandy
      Shiwali G. Patel
      Elizabeth Tang
      National Women's Law Center
      11 Dupont Circle, NW, Suite 800
      Washington, DC 20036
      Telephone: 202.588.5180

      Diane L. Rosenfeld
      Attorney at Law
      Mass. Bar Number 668275
      Cambridge, MA 02138

      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this notice was served this day on all parties via the Court's

electronic case filing system.

Date:  September 27, 2021                          /s/ Julie O'Neill
                                                        Julie O'Neill