# United States Court of Appeals
## For the First Circuit

No. 21-1773

CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION; ANNE DOE; JANE DOE, an individual by and through her mother and next friend Melissa White; JILL DOE; LISA DOE; NANCY DOE; SOBIA DOE; SUSAN DOE; VICTIM RIGHTS LAW CENTER; LEGAL VOICE; EQUAL RIGHTS ADVOCATES,

Plaintiffs - Appellees,

v.

MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education; SUZANNE B. GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights; US DEPARTMENT OF EDUCATION,

Defendants - Appellees,

FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION; INDEPENDENT WOMEN'S LAW CENTER; SPEECH FIRST, INC.,

Interested Parties - Appellants.

### JUDGMENT

Entered: February 7, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Trisha Beth Anderson
Alexa R. Baltes
Brian W. Barnes

Sunu P. Chandy
Charles J. Cooper
Linda M. Correia
Tara Jill Davis
Carlton Eliot Forbes
David Hinojosa
Kathleen T. Hunker
Lauren A. Khouri
Donald Campbell Lockhart
Stephanie Robin Marcus
Emily Martin
Jennifer Mascott
Andrew T. Miltenberg
Nicole J. Moss
Gregory Francis Noonan
Cameron Thomas Norris
Shiwali G. Patel
Michael Qian
Oren McCleary Sellstrom
Matthew S. Shapanka
James Reid Sigel
Patrick N. Strawbridge
Elizabeth Tang
Kenneth B. Walton