IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP H. ROSENFELT, *in his official capacity as Acting Secretary of Education et al.*,<br><br>Defendants. | No. 1:20-cv-11104-WGY |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(d), undersigned counsel, Rebecca Kopplin, hereby withdraws her appearance as counsel for Defendants. The reason for this request is that undersigned counsel has been reassigned to other matters. Defendants will remain represented by Daniel Riess of the Department of Justice. This notice will be served on agency counsel for Defendants by email.

Dated: December 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street NW
Washington, DC 20005
Phone: (202) 514-3953
E-mail: rebecca.m.kopplin@usdoj.gov

*Counsel for Defendants*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all registered participants as identified on the NEF (NEF). Paper copies will be mailed to non-registered participants via the mailing addresses indicated in the NEF on December 9, 2024. This document will also be sent by email to agency counsel for Defendants.

                                                  _/s/ Rebecca M. Kopplin_
                                                  REBECCA M. KOPPLIN