# United States Court of Appeals
## For the First Circuit

No. 21-1783

CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION; ANNE DOE; JANE DOE, an individual by and through her mother and next friend Melissa White; JILL DOE; LISA DOE; NANCY DOE; SOBIA DOE; SUSAN DOE; VICTIM RIGHTS LAW CENTER; LEGAL VOICE; EQUAL RIGHTS ADVOCATES,

Plaintiffs - Appellees,

v.

MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education; SUZANNE B. GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights; US DEPARTMENT OF EDUCATION,

Defendants - Appellees,
------------------------------
JOHN DOE; STEVE DOE; ZACHARY DOE,

Interested Parties - Appellants.

### MANDATE

Entered: January 27, 2025

In accordance with the judgment of January 27, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Trisha Beth Anderson, Alexa R. Baltes, Brian W. Barnes, Douglas Scott Brooks, Sunu P. Chandy, Charles J. Cooper, Linda Marie Correia, Tara Jill Davis, Justin Dillon, Sarah R. Fink, Carlton Eliot Forbes, David Hinojosa, Kathleen T. Hunker, Lauren A. Khouri, Donald Campbell Lockhart, Emily Martin, Jennifer Mascott, Andrew T. Miltenberg, Nicole J. Moss, Christopher C. Muha, Alexander Nabavi-Noori, Gregory Francis Noonan, Cameron Thomas Norris, Shiwali G. Patel, Oren McCleary Sellstrom, Matthew S. Shapanka, Patrick N. Strawbridge, Elizabeth Tang, Kenneth B. Walton