# United States Court of Appeals
## For the First Circuit

---

No. 21-1853

CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION; ANNE DOE; JANE DOE, an individual by and through her mother and next friend Melissa White; JILL DOE; LISA DOE; NANCY DOE; SOBIA DOE; SUSAN DOE; VICTIM RIGHTS LAW CENTER; LEGAL VOICE; EQUAL RIGHTS ADVOCATES,

Plaintiffs - Appellees,

v.

MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education; SUZANNE B. GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights; US DEPARTMENT OF EDUCATION,

Defendants - Appellees,

FAMILIES ADVOCATING FOR CAMPUS EQUALITY; JOHN DOE; STEVE DOE; ZACHARY DOE,

Interested Parties - Appellants.

---

**JUDGMENT**

Entered: January 27, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

    Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Emily Martin
Sunu P. Chandy
Shiwali G. Patel
Elizabeth Tang
Donald Campbell Lockhart
Melissa N. Patterson
Jennifer Mascott
Alexander Nabavi-Noori
Oren McCleary Sellstrom
David Hinojosa
Charles J. Cooper
Patrick N. Strawbridge
Brian W. Barnes
Nicole J. Moss
Cameron Thomas Norris
Alexa R. Baltes
Gregory Francis Noonan
Lauren A. Khouri
Linda Marie Correia
Matthew S. Shapanka
Trisha Beth Anderson
Carlton Eliot Forbes
Kathleen T. Hunker
Andrew T. Miltenberg
Tara Jill Davis
Douglas Scott Brooks
Justin Dillon
Sarah R. Fink
Christopher C. Muha