# United States Court of Appeals
## For the First Circuit

No. 21-1853

CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION; ANNE DOE; JANE DOE, an individual by and through her mother and next friend Melissa White; JILL DOE; LISA DOE; NANCY DOE; SOBIA DOE; SUSAN DOE; VICTIM RIGHTS LAW CENTER; LEGAL VOICE; EQUAL RIGHTS ADVOCATES,

Plaintiffs - Appellees,

v.

MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education; SUZANNE B. GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights; US DEPARTMENT OF EDUCATION,

Defendants - Appellees,

FAMILIES ADVOCATING FOR CAMPUS EQUALITY; JOHN DOE; STEVE DOE; ZACHARY DOE,

Interested Parties - Appellants.

**MANDATE**

Entered: January 27, 2025

In accordance with the judgment of January 27, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Trisha Beth Anderson
Alexa R. Baltes
Brian W. Barnes
Douglas Scott Brooks
Sunu P. Chandy
Charles J. Cooper
Linda Marie Correia
Tara Jill Davis
Justin Dillon
Sarah R. Fink
Carlton Eliot Forbes
David Hinojosa
Kathleen T. Hunker
Lauren A. Khouri
Donald Campbell Lockhart
Emily Martin
Jennifer Mascott
Andrew T. Miltenberg
Nicole J. Moss
Christopher C. Muha
Alexander Nabavi-Noori
Gregory Francis Noonan
Cameron Thomas Norris
Shiwali G. Patel
Melissa N. Patterson
Oren McCleary Sellstrom
Matthew S. Shapanka
Patrick N. Strawbridge
Elizabeth Tang